**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7257**

ANTHONY S. COLEMAN,

                                    Plaintiff - Appellant,

        versus

R. GARRISON, Grievances; MR. TALLEY, Major; Z.
BROWN, Ms., Deputy Sheriff,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-01-820-AM)

Submitted:  November 29, 2001        Decided:  December 6, 2001

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony S. Coleman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony S. Coleman appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Coleman v. Garrison</u>, No. CA-01-820-AM (E.D. Va. filed July 19, 2001; entered July 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>